# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DWAYNE FITZGERALD JACKSON, JR., | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-47 |
| | * | |
| v. | * | |
| | * | |
| WARDEN J.V. FLOURNOY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's June 6, 2016, Report and Recommendation, dkt. no. 17, to which no objections have been filed. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Petitioner's Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** his Motion to Vacate Attachment and Execution, dkt. no. 18. Further, the Court **DENIES** Petitioner leave to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11 day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA